UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 2:25-cr-195-SPC-DNF
18 U.S.C. § 287
(False, Fictitious, or Fraudulent Claim)

KIRK HENDERSON

## INFORMATION

The Attorney for the United States, Acting under the Authority Conferred by 28 U.S.C. § 515, charges:

### COUNT ONE
(False, Fictitious, or Fraudulent Claim)

In or around July 2024, in the Middle District of Florida, the defendant,

KIRK HENDERSON,

did knowingly make and cause to be presented to the United States Department of Agriculture and its agency, the Farm Service Agency, a claim upon and against the Farm Service Agency, knowing the claim to be false, fictitious, and fraudulent, to wit: the defendant made and caused to be presented to the Farm Service Agency an application for benefits under the Emergency Relief 2022 Track 2 Program which stated that the defendant owned a crop-producing entity which expected certain crop revenues, knowing such claims were false, fictitious, and fraudulent.

In violation of 18 U.S.C. §§ 287 and 2.

SARA C. SWEENEY
*Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515*

By: _____
Chelsey Hanson
Assistant United States Attorney

By: _____
Simon Eth
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

2